UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

CHRISTOPHER T. DEDALIS,

    Plaintiff,

v.                                                      Case No. 15-CV-1543

ADEYEMI FATOKI,
EMILY BLOZINSKI,
BRIGIT BELOWS, and
KIMBERLY VELLEMAN,

    Defendants.
_____

### ORDER
_____

On April 29, 2016, I screened plaintiff's second amended complaint and allowed him to proceed on claims against three nurses and a doctor. Plaintiff did not know the names of the defendants, so I ordered him to use discovery to identify them. On October 22, 2016, I allowed plaintiff to substitute Adeyemi Fatoki for the unknown doctor. On November 2, 2016, plaintiff filed a motion to substitute Emily Blozinski, Brigit Belows, and Kimberly Velleman for the three unknown nurses. I will grant plaintiff's motion.

In addition, in my screening order, I had ordered that Brown County Sheriff John Gossage be named as a defendant for the limited purpose of assisting plaintiff in identifying the unknown defendants. Now that all defendants have been identified, Sheriff Gossage's participation in this lawsuit is no longer necessary.

**NOW, THEREFORE, IT IS ORDERED** that the Clerk of Court will update the caption of this lawsuit by substituting Emily Blozinski, Brigit Belows, and Kimberly Velleman for Jane Doe Nurses 1-3.

**IT IS FURTHER ORDERED** that the United States Marshal shall serve a copy of the second amended complaint and this order upon Emily Blozinski, Brigit Belows, and Kimberly Velleman pursuant to Federal Rule of Civil Procedure 4. Plaintiff is advised that Congress requires the U.S. Marshals Service to charge for making or attempting such service. 28 U.S.C. § 1921(a). The current fee for waiver-of-service packages is $8.00 per item mailed. The full fee schedule is provided at 28 C.F.R. §§ 0.114(a)(2), (a)(3). Although Congress requires the court to order service by the U.S. Marshals Service precisely because *in forma pauperis* plaintiffs are indigent, it has not made any provision for these fees to be waived either by the court or by the U.S. Marshals Service.

**IT IS ALSO ORDERED** that Emily Blozinski, Brigit Belows, and Kimberly Velleman shall file a responsive pleading to the complaint.

**IT IS FURTHER ORDERED** that John Gossage is **DISMISSED** as defendant.

Dated at Milwaukee, Wisconsin, this 7th day of November, 2016.

s/ Lynn Adelman
_____
LYNN ADELMAN
District Judge